1  STEVEN G. KALAR
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant GARCIA ORTEGA
6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )  No. CR-13-058 EMC
                                      )
12 |           Plaintiff,             )  STIPULATION AND [PROPOSED]
                                      )  ORDER TO CONTINUE
13 |                                  )
   | v.                               )
14 |                                  )
                                      )
15 | RICARDO GARCIA ORTEGA,           )
                                      )
16 |           Defendant.             )
   |_____)
17

18       The parties jointly request that, subject to the Court's approval, the status conference

19 and/or change of plea hearing presently set for March 13, 2013 be continued to April 3, 2013 at

20 2:15 pm.

21       At the last appearance, the Court set the above-captioned matter over until March 13,

22 2013 for possible change of plea. Defense counsel has been investigating certain matters and has

23 requested that government counsel consider an issue related to Mr. Garcia-Ortega's prior

24 removal. The parties are in negotiations over a potential resolution of the matter in light of these

25 issues, and require more time to complete those negotiations, as well as to further investigate the

26 case. Accordingly, the parties jointly request that the appearance be continued from March 13,

2013 to April 3, 2013.

       For the above reasons, the parties stipulate there is good cause – taking into account the public interest in the prompt disposition of this case – to exclude the time February 28, 2013 to April 3, 2013 from computation under the Speedy Trial Act, and that failing to exclude that time would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be served by excluding the time from February 28, 2013 to April 3, 2013 from computation under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

       IT IS SO STIPULATED.

\_3/11/13_____     _____s/_____
DATED                                      MARK KANG
                                             Special Assistant United States Attorney

\_\_3/11/13_____    _____s/_____
DATED                                      JODI LINKER
                                             Assistant Federal Public Defender

       IT IS SO ORDERED.

        3/12/13
_____
DATED

